UNITED   STATES   DISTRICT   COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO.  20-CR-80082-RUIZ/REINHART


UNITED STATES OF AMERICA,

       Plaintiff,

v.


DAREN BERNARD RAZZ, III,


       Defendant.
_____/


**REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS
INDICTMENT [ECF No. 61]**

Before the Court is Defendant Daren Bernard Razz's Motion to Dismiss Counts 13 and 16 of

the Indictment.  He argues that attempted Hobbs Act robbery is not a predicate crime of violence for

18 U.S.C. 924(c). He candidly acknowledges that there is binding Eleventh Circuit precent rejecting

this argument.  *United States v. St. Hubert*, 909 F.3d 335 (11th Cir. 2018).  In light of this binding

precedent, it is RECOMMENDED that the Motion to Dismiss be DENIED.

A party shall serve and file written objections, if any, to this Report and Recommendation with the

Honorable United States District Judge Rodolfo A. Ruiz within fourteen days of being served with a copy

of the Report and Recommendation. *See* 28 U.S.C § 636(b)(1)(C). Failure to file timely objections may

limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687

F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE AND ORDERED** in Chambers this 17th day of June 2021, at West Palm Beach in the Southern

District of Florida.        .

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE